**FILED**

DEC 0 3 2018

Clerk, U.S. District and
Bankruptcy Courts

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

EDWARD THOMAS KENNEDY,                    )
                                          )
      Plaintiff,                         )
                                          )
v.                                        )     Civil Action No.  18-2698 (UNA)
                                          )
UNITED STATES DISTRICT COURT FOR THE      )
NORTHERN DISTRICT OF ILLINOIS, *et al.*,  )
                                          )
      Defendants.                        )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* [2] is

GRANTED; and it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

DATE: November  3 , 2018